UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RANDY HOLLOWAY,

       Plaintiff,

v.

RICHARD RUSSELL et al.,

       Defendants.

_____/

Case No. 1:18-cv-325

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE**

for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   April 25, 2018                     /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge